Dismissed and Memorandum Opinion filed January 7, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00304-CV

____________

 

JANETTE M. ALBA and FABIAN O. ALBA, Appellants

 

V.

 

PASSAGE REALTY, INC., Appellee

 



 

On Appeal from the
152nd District Court 

Harris County,
Texas

Trial Court Cause
No. 2008-06493

 



 

M E M O R
A N D U M   O P I N I O N

This is an appeal from a judgment signed February 27, 2009. On
May 7, 2009, this court ordered the parties to mediation. Pursuant to our
order, mediation was to be completed by July 6, 2009. The parties failed to
advise the court that mediation had been completed in compliance with our
order. On August 13, 2009, the court ordered the parties to conduct the
previously ordered mediation on or before September 14, 2009. Appellants did
not comply with our order. After notice that the appeal was subject to
dismissal for failure to comply with the court’s mediation order, appellants
requested additional time to complete mediation, which was granted. The
mediator advised this court that mediation was scheduled for November 24, 2009,
but was cancelled. 

On December 9, 2009, the court again advised appellant that
the appeal would be dismissed for failure to comply with the court’s mediation
orders unless a response showing meritorious grounds for continuing the appeal
was filed by December 21, 2009. See Tex. R. App. P. 42.3(c). No response
was filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Anderson and Christopher.